# Proposed Redacted Version of the Declaration of Qiwen ("Carrol") Xia in Support of Defendant Meta Platforms, Inc.'s Response to Order to Show Cause Regarding CAFA Jurisdiction

**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:    (415) 393-8200
Facsimile:    (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY YOON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 5:24-CV-02612-NC <br><br> **DECLARATION OF QIWEN ("CARROL") XIA IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING CAFA JURISDICTION** <br><br> Action Filed: March 27, 2024 <br> Honorable Nathanael M. Cousins |

Gibson, Dunn &
Crutcher LLP

DECLARATION OF QIWEN XIA IN SUPPORT OF META'S RESPONSE TO ORDER TO SHOW CAUSE
REGARDING CAFA JURISDICTION - CASE NO. 5:24-CV-02612-NC

I, Qiwen ("Carrol") Xia, state and declare as follows:

1. I am a data scientist at Meta. The information in this declaration is based on my personal knowledge and discussion with relevant personnel. If called and sworn as a witness, I could and would testify competently to this information.

2. I have worked at Meta as a data scientist since January 2021. My job responsibilities include, among other things, understanding and working with Meta's data systems, writing queries and conducting analyses of data within Meta's systems, researching Meta's data and related technologies, and locating, analyzing, and exporting data for production in litigation and other legal matters.

3. I understand that the plaintiffs in this case allege HGTV.com, Bloomberg.com, USAToday.com, 247Sports.com, and PBS.com (the "relevant websites") installed the Meta Pixel on their websites.

4. On December 10, 2024, I reviewed the five Pixel IDs that I understand plaintiffs' counsel provided to counsel for Meta to determine the first date Meta received data from each Pixel ID (its "first fire date") and the approximate last date Meta received data from each Pixel ID (its "last fire date"). Each Pixel ID as well as the first and last fire dates as of December 10, 2024 are listed below.

5. On December 10, 2024, I reviewed Meta's systems for Pixel ID 665960526897455, which I understand plaintiffs identified as a pixel in use by one of the relevant entities. Based on my review, I confirmed that this Pixel ID had fired from HGTV.com ████████████. I also confirmed that the first fire date for this Pixel ID was ████████ per Meta's data records.

6. On December 10, 2024, I reviewed Meta's systems for Pixel ID 227995338998622, which I understand plaintiffs identified as a pixel in use by one of the relevant entities. Based on my review, I confirmed that this Pixel ID had fired from Bloomberg.com ████████████ I also confirmed that the first fire date for this Pixel ID was ████████ per Meta's data records.

7. On December 10, 2024, I reviewed Meta's systems for Pixel ID 1613278598987210, which I understand plaintiffs identified as a pixel in use by one of the relevant entities. Based on my

1  review, I confirmed that this Pixel ID had fired from USAToday.com ▇▇▇▇▇▇ days. I also
2  confirmed that the first fire date for this Pixel ID was ▇▇▇▇▇▇ per Meta's records.

3      8.    On December 10, 2024, I reviewed Meta's systems for Pixel ID 492061434251936,
4  which I understand plaintiffs identified as a pixel in use by one of the relevant entities. Based on my
5  review, I confirmed that this Pixel ID had fired from PBS.com ▇▇▇▇▇▇. I also
6  confirmed that the first fire date for this Pixel ID was ▇▇▇▇▇▇ per Meta's records.

7      9.    On December 10, 2024, I reviewed Meta's systems for Pixel ID 1575186632756631,
8  which I understand plaintiffs identified as a pixel in use by one of the relevant entities. Based on my
9  review, I confirmed that this Pixel ID had fired from 247Sports.com ▇▇▇▇▇▇. I also
10 confirmed that the first fire date for this Pixel ID was ▇▇▇▇▇▇ per Meta's records.

11     I declare under penalty of perjury under the laws of the United States that the foregoing is true
12 and correct. Executed this 13th day of December 2024 in Menlo Park, California.

14 DATED: December 13, 2024        **GIBSON, DUNN & CRUTCHER LLP**

15                                       Signed by:
16                              By: /s/ Qiwen Xia
                                   A705EDF159D44F1...
                              Qiwen ("Carrol") Xia