GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 9411-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY YOON, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | CASE NO. 5:24-cv-02612-NC<br><br>**NOTICE OF CONSENT TO FILE AMENDED ANSWER**<br><br>Judge: Hon. Nathanael M. Cousins |

**NOTICE OF CONSENT TO FILE AMENDED ANSWER**

Fed. R. Civ. P. 15(a)(2) provides that a party may amend its pleading with the opposing party's written consent or leave of court. On May 10, 2025, counsel for plaintiffs provided written consent for Meta Platforms, Inc. ("Meta") to file an amended answer to plaintiffs' first amended class action complaint, removing 22 affirmative defenses and adding additional allegations to support the remaining 13. Meta's amended answer is being filed contemporaneously with this notice, and counsel's consent is attached to this notice as Exhibit A.

DATED: May 12, 2025

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Lauren R. Goldman*
Lauren R. Goldman (*pro hac vice*)

*Attorneys for Defendant Meta Platforms, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

DATED: May 12, 2025

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Lauren R. Goldman*
Lauren R. Goldman (*pro hac vice*)

*Attorneys for Defendant Meta Platforms, Inc.*