**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN *(pro hac vice)*
lgoldman@gibsondunn.com
DARCY C. HARRIS *(pro hac vice)*
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Phone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 9411-3715
Phone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Phone: 925-300-4455
E-Mail: ndeckant@bursor.com

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (State Bar No. 295032)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail: yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail: joel@skclassactions.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MARY YOON, WILLIAM MARTIN, and KAT WALKER, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

META PLATFORMS, INC.

Defendant.

Case No. 5:24-cv-02612-NC

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Mary Yoon, William Martin, and Kat Walker (collectively, "Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Stipulation for Voluntary Dismissal Without Prejudice.

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."

WHEREAS, Meta filed its Answer to the First Amended Class Action Complaint on March 24, 2025, *see* ECF No. 64;

WHEREAS, Meta filed its Amended Answer to the First Amended Class Action Complaint on May 12, 2025, *see* ECF No. 72;

WHEREAS, Plaintiffs seek to dismiss their claims in this action without prejudice;

WHEREAS, Meta consents to such a dismissal.

NOW, THEREFORE, the Parties hereby stipulate that all of Plaintiffs' claims against Meta are dismissed without prejudice. Each party shall bear its own costs.

Dated: June 25, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**
By: */s/ Neal J. Deckant*

Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Phone: 925-300-4455
E-Mail: ndeckant@bursor.com

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (State Bar No. 295032)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail: yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail: joel@skclassactions.com

*Attorneys for Plaintiffs*

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Lauren R. Goldman*
Lauren R. Goldman

Lauren R. Goldman (*pro hac vice)*
lgoldman@gibsondunn.com
Darcy C. Harris (*pro hac vice)*
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Phone: (212) 351-4000

Elizabeth K. McCloskey (SBN 268184)
emccloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 9411-3715
Phone: (415) 393-8200

*Attorneys for Defendant Meta Platforms, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Neal J. Deckant, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: June 25, 2025

By: */s/ Neal J. Deckant*
Neal J. Deckant